
RECEIVED
DEC - 9 2005
CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

RONALD BELL

VERSUS

WARDEN, LA STATE PENITENTIARY

CIVIL ACTION NO. 6:05CV1188
MAG. JUDGE METHVIN

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this ___8___ day of ___December___, 2005

_____
MILDRED E. METHVIN
UNITED MAGISTRATE JUDGE